# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3718

_____

| | |
|---|---|
| Chun Yan Chen, | * |
| | * |
| Petitioner, | * |
| | * Petition for Review of |
| v. | * an Order of the Board |
| | * of Immigration Appeals. |
| Eric H. Holder, Jr., | * |
| | * [UNPUBLISHED] |
| Respondent. | * |

_____

Submitted: July 14, 2010
Filed: July 20, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Chun Yan Chen, a citizen of China, petitions for review of an order of the Board of Immigration Appeals (BIA) denying her April 2009 motion to reopen. After careful review, we conclude that the BIA acted within its discretion. See Averianova v. Holder, 592 F.3d 931, 936-37 (8th Cir. 2010); Zhong Quin Zheng v. Mukasey, 523 F.3d 893, 895-96 (8th Cir. 2008).

Accordingly, we deny the petition for review.

_____